# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| BRENDA R. JOHNSON, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:17-cv-00034-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| NANCY A. BERRYHILL, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 7, 2018 Order.

March 7, 2018

*[signature]*

Frank G. Johns, Clerk
United States District Court